No. A–198.   CLARK ET AL. *v.* ROEMER, GOVERNOR OF LOUISI-ANA, ET AL.   Application to vacate a stay entered by the United States Court of Appeals for the Fifth Circuit, presented to JUS-TICE MARSHALL, and by him referred to the Court, denied.

SEPTEMBER 29, 1988

No. 88–297.   CNA CASUALTY OF CALIFORNIA *v.* ROUHE.   Ct. App. Cal., 4th App. Dist.   Certiorari dismissed under this Court's Rule 53.

SEPTEMBER 30, 1988

No. 88–110.   BRADY *v.* UNITED STATES.   C. A. 11th Cir.   Cer-tiorari dismissed under this Court's Rule 53.